

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00417-CV

Rigoberto **SANCHEZ**, Jr.,
Appellant

v.

**COTT BEVERAGES, INC.**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02505
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's third motion for an extension of time to file his brief is GRANTED IN PART. Appellant's brief is due on or before **January 17, 2023**. **No further requests for an extension of time will be considered absent extenuating circumstances.**

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court